**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2545**

RAYMOND J. BLY,

Plaintiff - Appellant,

v.

CLERK OF HOWARD COUNTY CIRCUIT COURT,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William M. Nickerson, Senior District Judge.  (1:15-cv-03273-WMN)

Submitted:  April 21, 2016              Decided:  April 25, 2016

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Raymond J. Bly, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond J. Bly appeals the district court's orders dismissing his civil complaint and request for injunctive relief and denying his Fed. R. Civ. P. 59(e) motion to alter or amend. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Bly v. Clerk of Howard Cty. Cir. Ct., No. 1:15-cv-03273-WMN (D. Md. Nov. 2 & Nov. 18, 2015). We deny Bly's motion for a hearing and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED